```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07901
   LOUIS VARGAS
   MINNIE B VARGAS                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4082    SSN XXX-XX-8508
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/02/08 and confirmed on 06/24/08.

2. The case was dismissed after confirmation, 10/31/2008.

3. The Debtor paid a total of $ 4000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 22279.53 | .00 | .00 |
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 4269.70 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 26471.54 | 359.86 | 300.00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| A + DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| JUNIPER BANK | UNSECURED | NOT FILED | .00 | .00 |
| LEGACY VISA | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |

```
MEYER & NJUS PA            UNSECURED      NOT FILED              .00         .00
MIDNIGHT VELVET            UNSECURED      NOT FILED              .00         .00
MIDPOINT RESOLUTION GROU   UNSECURED      NOT FILED              .00         .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED              .00         .00
PBC                        UNSECURED      NOT FILED              .00         .00
SAMS CLUB                  UNSECURED      NOT FILED              .00         .00
VISA                       UNSECURED      NOT FILED              .00         .00
WALMART                    UNSECURED      NOT FILED              .00         .00
AMERICAN GENERAL FINANCE   UNSECURED         658.48              .00         .00
     Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED         OTHER       TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   53020.77          .00        658.48           .00    53679.25
PRINCIPAL PAID         300.00          .00           .00           .00      300.00
INTEREST PAID          359.86          .00           .00           .00      359.86
TOTAL PAID             659.86          .00           .00           .00      659.86
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   3500.00
and was paid $    300.00   direct and $   3108.13   through the plan.

The Trustee received $     232.01 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/14/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 08 B 07901 LOUIS VARGAS & MINNIE B VARGAS
```